**Opinion filed December 8, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00242-CV
_____

### FRANKLIN P. SHACKELFORD, Appellant

### V.

### STEPHENS COUNTY SHERIFF'S DEPARTMENT AND STEPHENS COUNTY, TEXAS, Appellees

**On Appeal from the 90th District Court**
**Stephens County, Texas**
**Trial Court Cause No. CV-31184**

### M E M O R A N D U M   O P I N I O N

Appellant, Franklin P. Shackelford, has filed in this court an unopposed motion to dismiss this appeal. In the motion, Appellant states that the parties have reached an agreement that includes the dismissal of this appeal. Appellant also states that the motion is unopposed and that each party has agreed to bear its own costs. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.

December 8, 2016                                                    PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.